ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Electronic Warfare and Associates-Government Systems | ) ASBCA No. 60572 |
| | ) |
| | ) |
| Under Contract Nos. HC1013-06-F-2389 | ) |
| DASG62-97-D-0112 | ) |
| FA4417-04-F-0274 | ) |
| EWAJV-97-D-0112 | ) |
| F29601-97-D-0112 | ) |
| N61339-05-D-6005 | ) |

APPEARANCE FOR THE APPELLANT:     Mr. Luigi D'Amato
                                  Chief Financial Officer

APPEARANCES FOR THE GOVERNMENT:   E. Michael Chiaparas, Esq.
                                   DCMA Chief Trial Attorney
                                  Samuel W. Morris, Esq.
                                   Trial Attorney
                                   Defense Contract Management Agency
                                   Chantilly, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 21 September 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60572, Appeal of Electronic Warfare and Associates-Government Systems, rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left:50%">

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

</div>